764

for leave to proceed *in forma pauperis*, denied. *Messrs. Lloyd E. Sampsell* and *Ethan A. McNabb*, *pro se.* No appearance for respondent.

No. 627. AUTOQUIP MFG. CO. *v.* UNITED STATES. June 2, 1930. Petition for writ of certiorari to the Court of Claims denied. *Mr. George M. Wilmeth* for petitioner. *Attorney General Mitchell, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch* and *Ralph C. Williamson* for the United States.

No. 833. WHITE STAR BUS LINE, INC., *v.* ROBERTS. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Carroll G. Walter* for petitioner. No appearance for respondent.

No. 841. BURCKHARDT ET AL. *v.* NORTHWESTERN NATIONAL BANK ET AL. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. C. Bristol* for petitioners. *Messrs. Charles A. Hart* and *Alfred A. Hampson* for respondents.

No. 842. BALANCED ROCK SCENIC ATTRACTIONS, INC., *v.* TOWN OF MANITOU. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Fred S. Caldwell* for petitioner. *Mr. C. W. Dolph* for respondent.

No. 843. KAY *v.* FEDERAL TRADE COMMISSION. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Abbott*